UNITED STATES of America,
Plaintiff–Appellee

v.

Cristian Guadalupe ENRIQUEZ–FA-
CIO, also known as Cristian Robert
Achesen, Defendant–Appellant.

No. 12–50640
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 4, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Jad Powers Ratliff–Harper, Eagle Pass, TX, Cristian Guadalupe Enriquez–Facio, USP Hazelton Bruceton Mills, WV, for Defendant–Appellant

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cristian Guadalupe Enriquez–Facio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Enriquez–Facio has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected there-

in. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be